United States District Court
District of South Carolina

Jonathan Lee Riches, Stephen Scheid, and all others similarly situated,
Plaintiffs
v.
Alfred Trenkler, Thomas L. Shay,
Defendants

Class Action suit pursuant to Fed R. Civ P 20 & 23
42 USC 1983/ Preliminary Injunction/TRO

Plaintiffs face imminent danger. On Sep 2007, the Bureau of prisons conducted a new security classification. Plaintiffs are white collar criminals housed with violent rapists, child molesters, and gang members. Plaintiffs 8th amendment rights, cruel and unusual punishment were violated on 2-14-07 by defendants. Plaintiffs seek a preliminary Injunction/TRO Against defendants

Jonathan Lee Riches
Stephen Scheid
P.O. Box 340
Salters, S.C. 29590
843-387-9400

Respectfully,