AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### DIVISION

| | |
|---|---|
| Jonathan Lee Riches | |
| | **JUDGMENT IN A CIVIL CASE** |
| vs. | |
| Lawrence A. Jegen, III and Thomas F. Sheehan; | C/A No. 6:08-0824-MBS |
| William Soto-Beniquez and Juan Soto-Ramirez; | C/A No. 6:08-0825-MBS |
| Anthony M. Shea and Michael K. O'Halloran; | C/A No. 6:08-0826-MBS |
| Stephen A. Saccoccia and Henry Lombard, Jr.; | C/A No. 6:08-0827-MBS |
| Alfred Trenkler and Thomas L. Shay; | C/A No. 6:08-0828-MBS |
| Mike Lavallee and Robert Verbickas; | C/A No. 6:08-0829-MBS |
| Tomo Razmilovic and David E. Nachman; | C/A No. 6:08-0830-MBS |
| Sylvestre Acosta and Paul Skinner; | C/A No. 6:08-0831-MBS |
| Archie Joyner and Richard Jason Lapsley; | C/A No. 6:08-0832-MBS |

**[ ]**      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[ ]**      **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**[X]**      **Decision on the Record.** This action came before the court on the record. The issues have been reviewed and a decision rendered.

**IT IS ORDERED AND ADJUDGED** that these actions are dismissed under the "three strikes" rule of 28 USC 1915(g).

                                        LARRY W. PROPES, Clerk

                                        By: s/ L.K. McAlister
                                              Deputy Clerk

April 16, 2008