United States District Court
District of South Carolina

Jonathan Lee Riches,
Plaintiff

Notice of Appeal
2008 APR 29 AM 11:23

v.

Roehm 6:08-0507; Zegel 6:08-0508; Gwinnett 6:08-0509; Ravitsky 6:08-0510; Sumbry 6:08-0511; Wildes 6:08-0512; Bonanno 6:08-01010; Velentzas 6:08-01011; McSpadden 6:08-01012; Cheely 6:08-01013; Skillman 6:08-01014; Pendergrass 6:08-01015; Shorthouse 6:08-01016; Phillips 6:08-01017; Khorrami 6:08-01018; McKinley 6:08-01019; Kline 6:08-01020; Jegen 6:08-0824; Beniquez 6:08-0825; Shea 6:08-0826; Saccoccia 6:08-0827; Trenkler 6:08-0828; Lavallee 6:08-0829; Razmilovic 6:08-0830; Acosta 6:08-0831; Joyner 6:08-0832; Tuccinardi 6:08-613; Lacayo 6:08-614; Ruggiero 6:08-615; Trafficante 6:08-616; Franco 6:08-617; McAleer 6:08-618; McCoy 6:08-0679; Recht 6:08-0680; Oliver 6:08-0681; Delong 6:08-0682; Jones 6:08-0683; Sharpless 6:08-0684; Pepe 6:08-0620; Coleman 6:08-0621; Harrelson 6:08-0685; Mendez 6:08-0686; Pavlov 6:08-0687; Barry 6:08-0688; Oxendine 6:08-0689; Green 6:08-0690; Ryan 6:08-0757; Pence 6:08-0758; Barber 6:08-0759; Hasselbeck 6:08-0760; Alexander 6:08-0761; Bennett 6:08-0762; Parent 6:08-0763; 6:08-0764 Schrader; Sundhage 6:08-0765; Rivers 6:08-0766; Strahan 6:08-0767; Peppers 6:08-0768; Holt 6:08-0769; Scherzinger 4:07-4097,
Defendants

## Notice of Appeal

Plaintiff moves this court to Appeal the dismissal of these cases to the 4th Circuit court of Appeals. Plaintiffs constitutional rights were violated u moves to Appeal each of these cases

Jonathan Lee Riches
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590
843-387-9400

Jonathan Lee Riches