FILED: June 12, 2008

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 08-6708
(6:08-cv-00828-MBS)
(6:08-cv-00832-MBS)
(6:08-cv-00827-MBS)
(6:08-cv-00825-MBS)
(6:08-cv-00824-MBS)
(6:08-cv-00831-MBS)
(6:08-cv-00829-MBS)
(6:08-cv-00830-MBS)
(6:08-cv-00826-MBS)

_____

JONATHAN LEE RICHES,

Plaintiff - Appellant

v.

LAWRENCE A. JEGEN, III; THOMAS F. SHEEHAN; WILLIAM SOTO-
BENIQUEZ; JUAN SOTO-RAMIREZ; ANTHONY M. SHEA; MICHAEL K.
O"HALLORAN; STEPHEN A. SACCOCCIA; HENRY LOMBARD, Jr.; ALFRED
TRENKLER; THOMAS L. SHAY; MIKE LAVALLEE; ROBERT VERBICKAS; TOMO
RAZMILOVIC; DAVID E. NACHMAN; SYLVESTRE ACOSTA; PAUL SKINNER;
ARCHIE JOYNER; RICHARD JASON LAPSLEY,

Defendants - Appellees

_____

O R D E R
_____

The Court dismisses this proceeding for failure to
prosecute pursuant to Local Rule 45.

For the Court--By Direction

/s/Patricia S. Connor, Clerk

Dockets.Justia.com