```
                                              FILED: June 12, 2008

                     UNITED STATES COURT OF APPEALS
                         FOR THE FOURTH CIRCUIT

                         _____

                              No. 08-6708
                          (6:08-cv-00828-MBS)
                          (6:08-cv-00832-MBS)
                          (6:08-cv-00827-MBS)
                          (6:08-cv-00825-MBS)
                          (6:08-cv-00824-MBS)
                          (6:08-cv-00831-MBS)
                          (6:08-cv-00829-MBS)
                          (6:08-cv-00830-MBS)
                          (6:08-cv-00826-MBS)

                         _____
```

JONATHAN LEE RICHES,

              Plaintiff - Appellant

v.

LAWRENCE A. JEGEN, III; THOMAS F. SHEEHAN; WILLIAM SOTO-BENIQUEZ; JUAN SOTO-RAMIREZ; ANTHONY M. SHEA; MICHAEL K. O"HALLORAN; STEPHEN A. SACCOCCIA; HENRY LOMBARD, Jr.; ALFRED TRENKLER; THOMAS L. SHAY; MIKE LAVALLEE; ROBERT VERBICKAS; TOMO RAZMILOVIC; DAVID E. NACHMAN; SYLVESTRE ACOSTA; PAUL SKINNER; ARCHIE JOYNER; RICHARD JASON LAPSLEY,

              Defendants - Appellees

                    _____

                    RULE 45 MANDATE

                    _____

      This Court's order dismissing this appeal pursuant to Local Rule 45 takes effect this date.

      This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                              /s/Patricia S. Connor, Clerk